UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERNATIONAL GOLF
MAINTENANCE, INC.,

    Plaintiff,

v.                                                CASE NO: 8:04-cv-672-T-23EAJ

BIRCH TREE LODGE AND
GUEST RANCH, INC., et al.,

    Defendants.
_____/

## **ORDER**

    Pursuant to Rule 55, Federal Rules of Civil Procedure, International Golf Maintenance, Inc., ("IGM") moves (Doc. 26) for entry of a clerk's default against Barbara Worth Country Club, Inc., ("Barbara Worth") and Adams Family Limited Partnership. Neither Adams Family Limited Partnership nor Barbara Worth has appeared to defend against this action. Accordingly, IGM's motion for entry of default against Barbara Worth and Adams Family Limited Partnership is **GRANTED**, and the Clerk is directed to enter default against Barbara Worth and Adams Family Limited Partnership.

    IGM moves (Doc. 37) for the entry of a default judgment against Barbara Worth and Adams Family Limited Partnership. Neither a supporting affidavit nor a memorandum of law accompanies the motion for default judgment. Fed. R. Civ. P. 55; Local Rule 3.01(a) ("In making any motion or other application to the Court . . . the moving party shall file and serve with such motion or application a brief or legal memorandum with citation of authorities in support of the relief requested.").

Accordingly, IGM's motion for default judgment (Doc. 37) is **DENIED WITHOUT PREJUDICE**. IGM will move for default judgment against Barbara Worth and Adams Family Limited Partnership in compliance with local and federal rules.

IGM, Birch Tree Lodge and Guest Ranch, Inc., ("Birch Tree"), William N. Adams, and Adams Family Partnership ("Adams Family") submit (Doc. 37) a notice of settlement and stipulate for the entry of final judgment. The stipulated final judgment is **APPROVED** as follows:

IGM's motion (Doc. 29) to amend the complaint is **GRANTED**. The Clerk is directed to file the amended complaint attached to the motion (Doc. 29) as of the date of this order. The Court **ADJUDGES** that Birch Tree and William N. Adams are jointly and severally liable to IGM in the amount of $225,000.00. The Clerk is directed to enter judgment against Birch Tree and William N. Adams, jointly and severally, and in favor of IGM in the amount of $225,000.00, plus interest accruing at seven percent per annum. Except as provided by this order, the claims and counterclaims asserted among IGM, Birch Tree, William N. Adams, and Adams Family are **DISMISSED WITH PREJUDICE**.[1]

ORDERED in Tampa, Florida, on July 6, 2005.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy

---

[1] In light of the settlement, Birch Tree and Adams Family's motion to transfer (Doc. 20) and the stipulated motion to extend deadlines (Doc. 28) are **DENIED AS MOOT**.